

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2016

No. 04-16-00311-CV

Dennis **PEREZ**,
Appellant

v.

**FOUR S'S, INC.** D/B/A Express Lube #21,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI09541
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

    Appellant's second motion for extension of time to file the appellant's brief is granted. We order appellant to file the appellant's brief by October 12, 2016. Counsel is advised that no further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2016.

_____
Keith E. Hottle
Clerk of Court